CO-386
10/2018

# United States District Court
# For the District of Columbia

STAND TOGETHER AGAINST RACISM  )
AND RADICALISM IN THE SERVICES, INC.  )
                                       )
                                       )
                    Plaintiff  )
                                       )         Civil Action No._____
          vs                          )
                                       )
U.S. DEPARTMENT OF DEFENSE    )
                                       )
                                       )
                    Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Stand Together Against Racism and Radicalism in the Services, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Stand Together Against Racism and Radicalism in the Services, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

  /s/James Peterson
Signature

D.C. Bar No. 450171
BAR IDENTIFICATION NO.

James Peterson
Print Name

425 Third Street SW, Suite 800
Address

Washington, DC  20024
City          State          Zip Code

(202) 646-5172
Phone Number